# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) ASHLEY MYERS, individually and, as Co-Personal Representative of the Estate of Lorri Gayle Tedder,
(2) COURTNEY VAUGHN, individually and as Co-Personal Representative of the Estate of Lorri Gayle Tedder,

        Plaintiffs,

v.    Case No. 22-CV-119-JDR-JFJ

(1) BOARD OF COUNTY COMMISSIONERS OF ROGERS COUNTY,
(2) SCOTT WALTON, individually and in his official capacity as the Sheriff of Rogers County,
(3) KELLIE GUESS, individually and in her official capacity as Jail Administrator,
(4) TURN KEY HEALTH CLINICS, LLC, an Oklahoma limited liability corporation,
(5) SHAWN ZANDBERGEN, individually,
(6) DANIEL ELLENBURG, individually,
(7) HALEY HAMES, individually,
(8) ISAAC SHIELDS, individually,
(9) KYLEE FOSTER, individually,
(10) MYLES FERGUSON, individually,
(11) B. HUBBARD, individually,
(12) WILLIAM EMERY, individually,
(13) K. KENNELL, individually,
(14) THOMAS GRIMSLEY, individually, and
(15) SHELDON MORGAN, individually,

        Defendants.

Rogers County District Court
Case No. CJ-2021-152

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiffs, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), and with the agreement and stipulation of all parties, hereby dismisses with prejudice all claims against the following Defendants:  Board of County Commissioners of Rogers County; Scott Walton; Kellie Guess; Shawn Zandbergen; Daniel Ellenburg; Haley Hames; Isaac Shields; Myles Ferguson; B. Hubbard; William Emery; K. Kennell; Thomas Grimsley and Sheldon Morgan.

This Dismissal does not impact Plaintiff's claims against the remaining Defendants.

Respectfully submitted,


 s/*Jason Hicks*
Chris Hammons, OBA #20233
Jason M. Hicks, OBA #22176
Laird Hammons Laird, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
chris@lhllaw.com
jason@lhllaw.com
jonathan@lhllaw.com
*Attorneys for Plaintiff*


 s/*Thomas A. LeBlanc*
Thomas A. LeBlanc, OBA #14768
Emily K. Wilson, OBA #33091
Best & Sharp
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa OK 74103
(918) 582-1234 (Telephone)
(918) 585-9447 (Facsimile)
tleblanc@bestsharp.com
ewilson@bestsharp.com
*Attorneys for Defendants,*
*Board of County Commissioners of*
*Rogers County; Scott Walton; Kellie Guess;*
*Shawn Zandbergen; Daniel Ellenburg;*

*Haley Hames; Isaac Shields; Myles Ferguson; B. Hubbard; William Emery; K. Kennell; Thomas Grimsley and Sheldon Morgan*

 s/*Anthony C. Winter*
Sean P. Snider, OBA #22307
Anthony C. Winter, OBA #32148
Shade C. Kremer, OBA #35157
Johnson, Hanan, Vosler,
 Hawthorne & Snider
9801 N. Broadway Extension
Oklahoma City, OK  73114
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
skremer@johnsonhanan.com
*Attorneys for Defendants,*
*Turn Key Health Clinics, LLC*
*and Kylee Foster*

3