```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3   ASHLEY MYERS, et al.,

 4      PLAINTIFFS,

 5   vs.                              No. 22-CV-00119-TCK-JFJ

 6   BOARD OF COUNTY COMMISSIONERS
     of ROGERS COUNTY, et al.,
 7
        DEFENDANTS.
 8                              CERTIFIED COPY

 9              DEPOSITION OF SHELDON MORGAN

10         TAKEN ON BEHALF OF THE PLAINTIFFS

11                IN CLAREMORE, OKLAHOMA

12                ON NOVEMBER 29, 2023

13                BEGINNING AT 9:09 A.M.

14

15

16

17

18

19

20

21

22                   INSTASCRIPT, LLC
              101 PARK AVENUE, SUITE 910
23            OKLAHOMA CITY, OKLAHOMA   73103
                    (405) 605-6880
24                 www.instascript.net

25   REPORTED BY:  Carla S. Kimbrough, CSR
```

EXHIBIT 3

```
 1    A      Either that or the Amos G. Ward Detention
 2  Facility.
 3    Q      Amos G. Ward, okay.  I'll probably call it
 4  just Rogers County jail.
 5    A      Okay.
 6    Q      And I'll be referencing that and that
 7  means the same thing as Amos Ward.  Is that okay?
 8    A      That is fine.
 9    Q      Okay.  In November 2019 at the Rogers
10  County jail could you tell me who is in charge
11  of -- who was in charge of medical attention to
12  inmates?
13           MR. WINTER:  Form.  Periodically I may
14  object to the form of the question.  Unless your
15  attorney says not to answer, you still have to
16  answer.  It's a little disjointed and if you need
17  to have Chris repeat the question, by all means do.
18           THE WITNESS:  (Nodding head.)
19    Q      (By Mr. Hammons)  So you can answer.
20    A      Turn Key.
21    Q      Okay.  And if you could, just based on
22  your understanding and your training and experience
23  as a detention officer in that November 2019, tell
24  me your understanding of the relationship with Turn
25  Key and what they were -- what their
```

```
 1     Q     (By Mr. Hammons)  Okay.  Now at the --
 2  again that November 2019 -- and I don't know if
 3  this true or not.  I'm trying to get the
 4  relationship.  In the -- when there's an incident
 5  where there needs some immediate emergency medical
 6  treatment, that would be whose duty at the jail?
 7           MR. WINTER:  Same.
 8     A     The nurse.
 9     Q     (By Mr. Hammons)  Okay.  Turn Key's
10  people.
11     A     Yes.
12     Q     Okay.  Now at the Rogers County jail when
13  a new inmate or new person shows up is it the duty
14  of Turn Key or a detention officer to do an initial
15  medical screening?
16     A     Turn Key.
17     Q     Okay.  Any type of initial mental health
18  or even suicide screening, would that also be in
19  the purview of a Turn Key nurse?
20     A     Correct.
21     Q     Okay.  As a detention officer you might
22  actually be present to restrain or hold the inmate,
23  but the words and the intake process is done by
24  Turn Key people.
25     A     Correct.
```

```
 1    Q     Any decision that was going to be made
 2  about whether or not a new inmate would be allowed
 3  into the jail based on medical issues, that would
 4  be whose decision?
 5    A     Turn Key's.
 6    Q     And what I mean by that is if somebody was
 7  in bad enough shape, something was wrong with them,
 8  whatever that might be, medically Turn Key would
 9  make the decision either to allow them into the
10  jail or not.
11    A     Correct.
12          MR. WINTER:  Same.
13          THE REPORTER:  Be sure and pause for just
14  a second so he can object if he wants.  Thanks.
15    Q     (By Mr. Hammons)  Okay.  As a detention
16  officer at Rogers County in this time period did
17  you have any training with respect to the signs and
18  symptoms of mental illness?
19    A     No.
20    Q     That would have been something that you
21  relied on Turn Key to point out.
22    A     Correct.
23    Q     I know the answer to this, but I will ask
24  it anyways.  You as a detention officer in
25  November 2019 were not required or trained to do
```

```
 1   was certainly not a marathon runner.  She was a
 2   little out of shape, true?
 3          MR. WINTER:  Form.
 4   A      That's what she appeared to be.
 5   Q      (By Mr. Hammons)  Yeah.
 6          (Whereupon, video was played.)
 7   Q      And I apologize for keep stopping.  It's
 8   just the way we're going to have to do it so we can
 9   take questions.
10          At this point even in this video as we
11   stopped we can still see the tan figure in the
12   back.  Ms. Foster is still watching this occur,
13   true?
14   A      Correct.
15   Q      Okay.  And this room that we're in, what
16   do we call this?  What is it?
17   A      Booking.
18   Q      It is booking?  It's not -- it's not a
19   very large room.
20   A      No.
21   Q      Okay.  She's not very far away I guess I
22   should say.
23   A      No.
24   Q      Okay.  And at this point the video that we
25   just watched Ms. Tedder is breathing pretty heavy
```

```
 1   at this point, true?
 2            MR. WINTER:  Form.
 3      A    Correct.
 4      Q    (By Mr. Hammons)  And she's actually
 5   laboring to breathe.  She's gasping.
 6            MR. WINTER:  Same.
 7      Q    (By Mr. Hammons)  Did you hear those?
 8      A    I heard her heavily breathing.
 9      Q    Yes.  Now at this point I believe I heard
10   one of the detention officers -- do you know who
11   the other detention officers helping there were?
12      A    I believe so.
13      Q    Who are they?
14      A    Day shift lead Shawn Zandbergen and Myles
15   Ferguson.
16      Q    Okay.
17      A    And Thomas Grimsley.
18      Q    Okay.  One of them at this point made the
19   comment that she has urinated on the floor.
20      A    I made that comment.
21      Q    Did you?  Okay.  So you made that
22   observation that she urinated.
23      A    Uh-huh.
24            THE REPORTER:  Be sure and speak up.
25      Q    (By Mr. Hammons)  Now do you -- as a
```

```
 1    A      Uh-huh.
 2    Q      Like a strap or something?
 3    A      I don't know what Coban is.
 4    Q      Okay.  Yeah.  It's like -- it's wrapping.
 5    Okay.  Now from the condition we see Lorri in,
 6    it's -- does it take medical knowledge, it's
 7    obvious that she's limp that she potentially is
 8    unconscious, true?
 9           MR. WINTER:  Form.
10    A      True.
11           MR. WINTER:  What was the answer?  I'm
12    sorry.
13           THE WITNESS:  True.
14           MR. WINTER:  Thank you.
15    Q      (By Mr. Hammons)  And at this point you'd
16    agree Nurse Foster has done nothing to treat Lorri
17    Tedder.
18           MR. WINTER:  Same.
19    A      It appears.
20    Q      (By Mr. Hammons)  We'll watch a little
21    more.
22           (Whereupon, video was played.)
23    Q      Now just based on this -- the video that
24    I'm seeing, Lorri Tedder is completely dead weight
25    at this point, true?
```

```
 1   looking for direction from Kylee Foster on what to

 2   do next?

 3              MR. WINTER:  Form.

 4       A      As a form of medical, yes.

 5       Q      (By Mr. Hammons)  Yes.  Just concerning

 6   medical treatment for Lorri Tedder.  Is that

 7   accurate?

 8       A      That is.

 9       Q      Okay.  Now at this point in the video have

10   you seen any -- or do you know of any -- based on

11   your observations of any treatment given to Lorri

12   Tedder to this point?

13              MR. WINTER:  Same.

14       A      I do not besides checking of a pulse.

15       Q      (By Mr. Hammons)  Okay.  And did Kylee

16   Foster tell anybody or say audibly that you heard

17   what that result was?

18       A      Not to my recollection.

19       Q      Okay.  And then at this point Kylee Foster

20   has left the cell.

21       A      Yes.

22       Q      Okay.  Do you know where she went?

23       A      Not to my recollection.

24       Q      Okay.  And as far as you standing there at

25   the door and watching, did she give you any
```

```
 1   directions on what to do for Lorri Tedder?
 2        A     No.
 3        Q     Did she say a plan of action that was
 4   going to happen?
 5        A     No.
 6        Q     Did you see her take any actions to this
 7   point?
 8              MR. WINTER:  Form.
 9        Q     (By Mr. Hammons)  Besides taking the three
10   or two pulses?
11        A     No.
12        Q     Okay.
13              (Whereupon, video was played.)
14        Q     The gentleman that just entered, that is
15   Shawn Zandbergen.
16        A     Zandbergen, yes.
17        Q     Zandbergen, okay.
18              (Whereupon, video was played.)
19        Q     Now it looks to me is Mr. Zandbergen is
20   kind of the lead guy on this shift?
21        A     He's the lead detention officer of day
22   shift.
23        Q     Okay.  And it looks to me like is this
24   where he kind of sent you away to help with
25   something else?
```

```
 1            MR. WINTER:  Same.
 2       A    Depending on the circumstances.  It's
 3  common to have a lot of officers involved in an
 4  incident.
 5       Q    (By Mr. Hammons)  Is it -- and a nurse
 6  standing in the middle of them looking at an
 7  inmate?
 8       A    It's happened before.
 9       Q    Okay.  What -- under that circumstance was
10  the inmate in distress?
11            MR. WINTER:  Just so we're clear, the
12  situation you're asking him to recall, Chris?
13            MR. HAMMONS:  Yeah.  He had said it's
14  happened before.  So in those situations was it
15  where an inmate was in medical distress since the
16  nurse was there?
17       A    There's been a time, yes.
18       Q    (By Mr. Hammons)  Okay.  In this
19  particular time, if you can recall back, you may
20  not be able to, what was your -- was your
21  understanding at that moment that Lorri Tedder
22  based on what you heard and saw observations that
23  Lorri Tedder needed medical care?
24            MR. WINTER:  Same.
25       A    Yes.
```