# Rogers County

## Pre-Booking Screening

| Question | Yes | No |
|---|---|---|
| 1. Do you have any immediate health needs or problems? | | ✓ |
| 2. Have you been involved in an accident within the last 24 hours? | | ✓ |
| 3. Have you suffered a head injury within the last 24 hours? | | ✓ |
| 4. Are you suicidal or thinking of hurting yourself? | | ✓ |
| 5. Have you tried to or considered hurting yourself in the last month? **If yes, when and what method?** | | ✓ |
| 6. Have you taken a large quantity of drugs or alcohol? | | ✓ |
| 7. Are you currently packing drugs within your body? | | ✓ |
| 8. Have you been sexually assaulted in the last 120 hours (5 days)? | | ✓ |
| 9. Have you been outside of the United States in the last 21 days? | | ✓ |
| 10. Can you walk without assistance? | ✓ | |
| 11. Do you have any injuries to report due to your arrest? | | ✓ |

| Name: | DOB: | Booking Number: |
|---|---|---|
| Lorri Sidden | | |

Intake Nurse Signature: _G. Moore LPN_

Accepted: _yes_ (Yes/No)



EXHIBIT 8